

Thursday, September 22, 2016 21:05:14
601–611 W Briar Pl Chicago IL 60657 United States















**SMOKE & VAPE**

Sep 22, 2016
8:52 PM

Visa 2528

$69.99
$69.99
$7.17
$77.16
$77.16

...are not eligible for
...change
...rnable if open
...exchanged on...

Thursday, September 22, 2016 21:03:49
3144 N Broadway Chicago IL 60657 United States

**LAKEVIEW SMOKE & VAPE**

(872) 802-4407      Sep 22, 2016
                                                 8:52 PM

Authorization 06598B      Visa 2528
Receipt rabB

| | |
|---|---|
| WATER PIPE | $69.99 |
| Subtotal | $69.99 |
| Sales Tax | $7.17 |
| Total | $77.16 |
| Visa 2528 (Swipe) | $77.16 |

Disposable E-Cigarettes are not eligible for refunds or exchange
All E-Liquids are non returnable if open
Unopened bottles can be exchanged only within 5 days
No Return or Exchanged on any glass products
Unopened merchandise can be exchanged OR store credit will be issued within 15 days of purchase with original packaging.
Cartridges/clearomizer/cartomizer/atomizer and all vaporizer coils have no warranty and all purchases are final on these products.
Defective products can be exchange within 5 days of purchase with original receipt.
For product warranties please contact the manufacturer.

Thursday, September 22, 2016 21:06:14
601–611 W Briar Pl Chicago IL 60657 United States



Thursday, September 22, 2016 21:02:45
3142 N Broadway Chicago IL 60657 United States