# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-CV-6489

**Roor International BV and Sream, Inc.**

Plaintiff

**vs.**

**Lakeview Smoke & Vape Inc. and Airaf Jaliawala**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Injunctive Relief and Damages**

PARTY SERVED: **AIRAF JALIAWALA**

METHOD OF SERVICE: **Personal Service** - By personally delivering copies to **AIRAF JALIAWALA.**

DATE & TIME OF DELIVERY: **11/09/2019 at 3:16 PM**

ADDRESS, CITY AND STATE: **7655 N WAUKEGAN ROAD, NILES, IL 60714**

DESCRIPTION: **East Indian, Male, 45, 5'11", 225 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Steven A. Stosur, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 11th day of November, 2019.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **Langone, Johnson & Cassidy, LLC**
FILE #:

Tracking #: **421089**